1   Greg S. Martin (State Bar No. 294482)
    gmartin@jonesday.com
2   JONES DAY
    4655 Executive Drive
3   Suite 1500
    San Diego, CA  92121
4   Telephone:  +1.858.314.1200
    Facsimile:   +1.858.314.1150
5
    Attorney for Defendant
6   EXPERIAN INFORMATION SOLUTIONS,
    INC.
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  **DEBORAH TUCK,**                    **Case No. 17-CV-1363-JLS-WVG**

12              **Plaintiff,**           **DEFENDANT EXPERIAN
                                         INFORMATION SOLUTIONS,
13        **v.**                         INC.'S ANSWER AND
                                         AFFIRMATIVE DEFENSES TO
14  **CREDIT ONE BANK; SHERMAN**         COMPLAINT
    **FINANCIAL GROUP, LLC; LVNV**
15  **FUNDING, LLC; RESURGENT**          **Complaint filed:  July 3, 2017**
    **CAPITOL SERVICES; TRANS**
16  **UNION, LLC; EXPERIAN**
    **INFORMATION SOLUTIONS,**
17  **INC.; EQUIFAX INFORMATION**
    **SERVICES; and DOES 1-25**
18
                **Defendants.**
19

20        COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"),

21  by and through its undersigned counsel, and answers Plaintiff Deborah Tuck's

22  Complaint (the "Complaint") as follows:

23                       **PRELIMINARY STATEMENT**

24        The following numbered responses to the Complaint correspond with the

25  Paragraph numbers in the Complaint and the allegations contained within each

26  separately numbered Paragraph (including all subparts).

27        1.      Experian states that the allegations contained therein are legal

28  conclusions not subject to admission or denial.  To the extent a response is required,

Experian admits that Plaintiff purports to state claims allegedly arising under the Telephone Communications Consumer Practices Act ("TCPA") , Consumer Fair Debt Collection Practices Act ("FDCPA"), Fair Credit Reporting Act ("FCRA") and California Rosenthal Fair Debt Collection Practices Act ("RFDCPA"). Experian denies that it has violated the TCPA, FDCPA, FCRA, or FDCPA and denies that it is liable to Plaintiff for any alleged damages.  As to the allegations in Paragraph 1 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

## JURISDICTION AND VENUE

2.      Experian admits that Plaintiff has alleged jurisdiction based on 47 U.S.C. § 227(b)(3) and 15 U.S.C. § 1692(k)(d).  Whether the Court has jurisdiction is a legal conclusion that is not subject to denial or admission.

3.      Experian admits that Plaintiff has alleged venue in this district is proper pursuant to 28 U.S.C. § 1391 and California Rule of Civil Procedure § 395(a).  Whether venue is proper is a legal conclusion that is not subject to denial or admission.

4.      Experian admits that the Complaint seeks damages.  Experian denies that it is liable to Plaintiff for any alleged damages.

## PARTIES

5.      On information and belief, Experian admits Plaintiff is a natural person residing in San Diego County, California.

6.      Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7.      Experian is without knowledge or information sufficient to form a

Experian's Answer to Complaint
17-cv-00884-DMS-BGS

1    belief as to the truth of the allegations and, on that basis, denies, generally and

2    specifically, each and every allegation contained therein.

3        8.      Experian is without knowledge or information sufficient to form a

4    belief as to the truth of the allegations and, on that basis, denies, generally and

5    specifically, each and every allegation contained therein.

6        9.      Experian is without knowledge or information sufficient to form a

7    belief as to the truth of the allegations and, on that basis, denies, generally and

8    specifically, each and every allegation contained therein.

9        10.     Experian is without knowledge or information sufficient to form a

10   belief as to the truth of the allegations and, on that basis, denies, generally and

11   specifically, each and every allegation contained therein.

12       11.     Experian is without knowledge or information sufficient to form a

13   belief as to the truth of the allegations and, on that basis, denies, generally and

14   specifically, each and every allegation contained therein.

15       12.     Experian is without knowledge or information sufficient to form a

16   belief as to the truth of the allegations and, on that basis, denies, generally and

17   specifically, each and every allegation contained therein.

18       13.     Experian admits that it is an Ohio corporation, with its principal place

19   of business in Costa Mesa, California.  Experian further admits that it is qualified to

20   do business and conducts business in the State of California.  Experian also admits

21   that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as

22   such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Except as

23   specifically admitted, Experian denies, generally and specifically, each and every

24   remaining allegation of Paragraph 9 of the Complaint.

25       14.     Experian is without knowledge or information sufficient to form a

26   belief as to the truth of the allegations and, on that basis, denies, generally and

27   specifically, each and every allegation contained therein.

28       15.     Experian is without knowledge or information sufficient to form a

Experian's Answer to Complaint
17-cv-00884-DMS-BGS

belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16. Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17. Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein, including all subparts.

18. Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein, including all subparts.

## **FACTUAL ALLEGATIONS**

19. Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20. Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21. Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. Experian is without knowledge or information sufficient to form a

belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.   Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations that relate to the

other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

32.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.   Experian is without knowledge or information sufficient to form a

belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and

1    specifically, each and every allegation contained therein.

2        50.    Experian is without knowledge or information sufficient to form a
3    belief as to the truth of the allegations and, on that basis, denies, generally and
4    specifically, each and every allegation contained therein.

5        51.    Experian is without knowledge or information sufficient to form a
6    belief as to the truth of the allegations and, on that basis, denies, generally and
7    specifically, each and every allegation contained therein.

8        52.    Experian is without knowledge or information sufficient to form a
9    belief as to the truth of the allegations and, on that basis, denies, generally and
10   specifically, each and every allegation contained therein.

11       53.    Experian is without knowledge or information sufficient to form a
12   belief as to the truth of the allegations and, on that basis, denies, generally and
13   specifically, each and every allegation contained therein.

14       54.    Experian is without knowledge or information sufficient to form a
15   belief as to the truth of the allegations and, on that basis, denies, generally and
16   specifically, each and every allegation contained therein.

17

18                **COUNT I – VIOLATIONS OF THE TCPA**

19       55.    In response to Paragraph 55 of the Complaint, Experian hereby repeats
20   and incorporates by reference its responses to Paragraphs 1–54 as if fully set forth
21   herein.

22       56.    Experian is without knowledge or information sufficient to form a
23   belief as to the truth of the allegations and, on that basis, denies, generally and
24   specifically, each and every allegation contained therein.

25       57.    Experian is without knowledge or information sufficient to form a
26   belief as to the truth of the allegations and, on that basis, denies, generally and
27   specifically, each and every allegation contained therein.

28       58.    Experian is without knowledge or information sufficient to form a

Experian's Answer to Complaint
17-cv-00884-DMS-BGS

1   belief as to the truth of the allegations and, on that basis, denies, generally and

2   specifically, each and every allegation contained therein.

3        59.    Experian is without knowledge or information sufficient to form a

4   belief as to the truth of the allegations and, on that basis, denies, generally and

5   specifically, each and every allegation contained therein.

6        60.    Experian admits that Plaintiff alleges Article III standing.  Whether

7   Plaintiff has standing to bring this suit legal conclusion that is not subject to denial

8   or admission.

9        61.    Experian is without knowledge or information sufficient to form a

10  belief as to the truth of the allegations and, on that basis, denies, generally and

11  specifically, each and every allegation contained therein.

12       62.    Experian is without knowledge or information sufficient to form a

13  belief as to the truth of the allegations and, on that basis, denies, generally and

14  specifically, each and every allegation contained therein.

15       63.    Experian is without knowledge or information sufficient to form a

16  belief as to the truth of the allegations and, on that basis, denies, generally and

17  specifically, each and every allegation contained therein.

18       64.    Experian is without knowledge or information sufficient to form a

19  belief as to the truth of the allegations and, on that basis, denies, generally and

20  specifically, each and every allegation contained therein.

21       65.    Experian is without knowledge or information sufficient to form a

22  belief as to the truth of the allegations and, on that basis, denies, generally and

23  specifically, each and every allegation contained therein.

24       66.    Experian is without knowledge or information sufficient to form a

25  belief as to the truth of the allegations and, on that basis, denies, generally and

26  specifically, each and every allegation contained therein.

27       67.    Experian is without knowledge or information sufficient to form a

28  belief as to the truth of the allegations and, on that basis, denies, generally and

Experian's Answer to Complaint
17-cv-00884-DMS-BGS

specifically, each and every allegation contained therein.

## COUNT II – VIOLATIONS OF THE FDCPA

68.    In response to Paragraph 68 of the Complaint, Experian hereby repeats and incorporates by reference its responses to Paragraphs 1–67 as if fully set forth herein.

69.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

Experian's Answer to Complaint
17-cv-00884-DMS-BGS

## <u>COUNT III – VIOLATIONS OF THE FCRA</u>

76.    In response to Paragraph 76 of the Complaint, Experian hereby repeats and incorporates by reference its responses to Paragraphs 1–75 as if fully set forth herein.

77.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78.    Experian admits that it issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

80.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81.    Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82.    Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

83.    Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations that relate to the

1    other defendants, Experian does not have knowledge or information sufficient to

2    form a belief as to the truth of those allegations and, on that basis, denies, generally

3    and specifically, each and every remaining allegation contained therein.

4         84.    Experian denies, generally and specifically, each and every allegation

5    contained therein that relates to Experian.  As to the allegations that relate to the

6    other defendants, Experian does not have knowledge or information sufficient to

7    form a belief as to the truth of those allegations and, on that basis, denies, generally

8    and specifically, each and every remaining allegation contained therein.

9         85.    Experian is without knowledge or information sufficient to form a

10   belief as to the truth of the allegations and, on that basis, denies, generally and

11   specifically, each and every allegation contained therein.

12        86.    Experian denies, generally and specifically, each and every allegation

13   contained therein that relates to Experian.  As to the allegations that relate to the

14   other defendants, Experian does not have knowledge or information sufficient to

15   form a belief as to the truth of those allegations and, on that basis, denies, generally

16   and specifically, each and every remaining allegation contained therein.

17        87.    Experian denies, generally and specifically, each and every allegation

18   contained therein that relates to Experian.  As to the allegations that relate to the

19   other defendants, Experian does not have knowledge or information sufficient to

20   form a belief as to the truth of those allegations and, on that basis, denies, generally

21   and specifically, each and every remaining allegation contained therein.

22        88.    Experian states that the FCRA 15 U.S.C. 1681b speaks for itself and,

23   on that basis, denies any allegation inconsistent therewith.

24        89.    Experian states that the FCRA 15 U.S.C. 1681b speaks for itself and,

25   on that basis, denies any allegation inconsistent therewith.

26        90.    Experian is without knowledge or information sufficient to form a

27   belief as to the truth of the allegations and, on that basis, denies, generally and

28   specifically, each and every allegation contained therein.

Experian's Answer to Complaint
17-cv-00884-DMS-BGS

91.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.     Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including all subparts  As to the allegations in Paragraph 93 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation therein including all subparts.

94.     Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian, including all subparts  As to the allegations in Paragraph 94 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation therein including all subparts.

95.     Experian admits that Plaintiff seeks declaratory judgment, which is not subject to admission or denial.  To the extent a response is required, Experian denies that it has violated the FCRA.

96.     Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

**COUNT VII – VIOLATIONS OF THE RFDCPA AGAINST NCA and CO**

Experian's Answer to Complaint
17-cv-00884-DMS-BGS

97.     In response to Paragraph 97 of the Complaint, Experian hereby repeats and incorporates by reference its responses to Paragraphs 1–96 as if fully set forth herein.

98.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

99.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

100.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

101.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## PLAINTIFF'S PRAYER FOR RELIEF

In response to Plaintiff's prayer for relief, Experian denies that it has violated the FCRA and denies Plaintiff is entitled to any alleged damages, fees, costs, or other relief as against Experian.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE
## (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and

1  further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any

2  other relief whatsoever from Experian.

3  **SECOND AFFIRMATIVE DEFENSE**

4  **(IMMUNITY)**

5  All claims against Experian are barred by the qualified immunity of 15

6  U.S.C. § 1681h(e).

7  **THIRD AFFIRMATIVE DEFENSE**

8  **(TRUTH/ACCURACY OF INFORMATION)**

9  All claims against Experian are barred because all information Experian

10  communicated to any third person regarding Plaintiff was true.

11  **FOURTH AFFIRMATIVE DEFENSE**

12  **(INDEMNIFICATION)**

13  Experian is informed and believes and thereon alleges that any purported

14  damages allegedly suffered by Plaintiff are the results of the acts or omissions of

15  third persons over whom Experian had neither control nor responsibility.

16  **FIFTH AFFIRMATIVE DEFENSE**

17  **(FAILURE TO MITIGATE DAMAGES)**

18  Plaintiff has failed to mitigate his damages.

19  **SIXTH AFFIRMATIVE DEFENSE**

20  **(CONTRIBUTORY/COMPARATIVE FAULT)**

21  Experian is informed and believes and thereon alleges that any alleged

22  damages sustained by Plaintiff were, at least in part, caused by the actions of

23  Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties'

24  own negligence which equaled or exceeded any alleged negligence or wrongdoing

25  by Experian.

26  **SEVENTH AFFIRMATIVE DEFENSE**

27  **(ESTOPPEL)**

28  Any damages which Plaintiff may have suffered, which Experian continues

Experian's Answer to Complaint
17-cv-00884-DMS-BGS

1    to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore,
2    Plaintiff is estopped and barred from recovery of any damages.

3                              **EIGHTH AFFIRMATIVE DEFENSE**
4                                  **(STATUTE OF LIMITATIONS)**

5           Experian is informed and believes and thereon alleges that all claims for
6    relief in the Complaint herein are barred by the applicable statutes of limitation,
7    including but not limited to 15 U.S.C. § 1681p.

8                               **NINTH AFFIRMATIVE DEFENSE**
9                             **(INDEPENDENT INTERVENING CAUSE)**

10          Experian alleges upon information and belief that if Plaintiff sustained any of
11   the injuries alleged in the Complaint, there was an intervening, superseding cause
12   and/or causes leading to such alleged injuries and, as such, any action on the part of
13   Experian was not a proximate cause of the alleged injuries.

14                              **TENTH AFFIRMATIVE DEFENSE**
15                         **(IMPROPER REQUEST FOR PUNITIVE DAMAGES)**

16          Plaintiff's Complaint does not allege facts sufficient to rise to the level of
17   conduct required to recover punitive damages, and thus all requests for punitive
18   damages are improper.

19                             **ELEVENTH AFFIRMATIVE DEFENSE**
20                        **(RIGHT TO ASSERT ADDITIONAL DEFENSES)**

21          Experian reserves the right to assert additional affirmative defenses at such
22   time and to such extent as warranted by discovery and the factual developments in
23   this case.

24          WHEREFORE, Defendant Experian Information Solutions, Inc. prays as
25   follows:

26          1.     That Plaintiff takes nothing by virtue of the Complaint herein and that
27   this action be dismissed in its entirety;

28          2.     For costs of suit and attorneys' fees herein incurred; and

Experian's Answer to Complaint
17-cv-00884-DMS-BGS

1    3.    For such other and further relief the Court may deem just and proper.

2

3    Dated:    September 8, 2017    Respectfully submitted,

4    Jones Day

5

6    By:*/s/ Greg S. Martin*
          Greg S. Martin

7    Counsel for Defendant
8    EXPERIAN INFORMATION
     SOLUTIONS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Experian's Answer to Complaint
17-cv-00884-DMS-BGS

<u>**CERTIFICATE OF SERVICE**</u>

I, Greg S. Martin, declare:

I am a citizen of the United States and employed in San Diego County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 4655 Executive Drive, Suite 1500, San Diego, California 92121.  On September 8, 2017, I served a copy of the **EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT** by first class, United States mail, postage prepaid, to the address below:

Deborah Tuck
1600 E. Vista Way
#85
Vista, CA 92084
760-840-1806
*Pro Se*

Executed on September 8, 2017, at San Diego, California.


*/s/ Greg S. Martin*
Greg S. Martin
gmartin@jonesday.com

Experian's Answer to Complaint
17-cv-00884-DMS-BGS