**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendants
Credit One Bank, N.A., Sherman Financial Group, LLC, FNBM, LLC, LVNV Funding, LLC, and Resurgent Capital Services, LP, *erroneously sued as* Resurgent Capitol Services

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TUCK,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, a foreign corporation, identity unknown, SHERMAN FINANCIAL GROUP, LLC, a foreign corporation, identity unknown, F.N.B.M., LLC, a foreign corporation, identity unknown, LVNV FUNDING, LLC, a foreign corporation, identity unknown, RESURGENT CAPITOL SERVICES, a foreign corporation, identity unknown, EQUIFAX INFORMATION SOLUTION, LLC, a national credit reporting agency [CRA] TRANS UNION, LLC, a national credit reporting agency [CRA] EXPERIAN, a national credit reporting agency [CRA] Does 1-25, inclusively,<br><br>Defendants. | Case No.: 3:17-cv-01363-JLS-WVG<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>Honorable Janis L. Sammartino |

Plaintiff Deborah Tuck and Defendants Credit One Bank, N.A., Sherman Financial Group, LLC, FNBM, LLC, LVNV Funding, LLC, and Resurgent Capital Services, LP, *erroneously sued as* Resurgent Capitol Services (collectively "Defendants"), hereby stipulate and agree that the above entitled action should be dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party will bear their own costs and attorneys' fees.

DATED: November 21st, 2017.

DEBORAH TUCK

By _/s/ Deborah Tuck_
Deborah Tuck
Plaintiff In Pro Se

DATED: November 21, 2017.

YU MOHANDESI LLP

By  /s/ Brett B. Goodman
Brett B. Goodman
Attorneys for Defendant
Credit One Bank, N.A., Sherman Financial Group, LLC, FNBM, LLC, LVNV Funding, LLC, and Resurgent Capital Services, LP, *erroneously sued as* Resurgent Capitol Services

**CERTIFICATE OF SERVICE**

I certify that on November 21, 2017, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: November 21, 2017

By  */s/* Brett B. Goodman
Brett B. Goodman

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

– 1 –
CERTIFICATE OF SERVICE