UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TUCK,<br><br>                    Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK; SHERMAN FINANCIAL GROUP, LLC; F.N.B.M., LLC; LVNV FUNDING, LLC; RESURGENT CAPITOL SERVICES; EQUIFAX INFORMATION SOLUTION, LLC; EXPERIAN; and Does 1-25,<br><br>                    Defendants. | Case No.: 17-CV-1363-JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 35) |

    Presently before the Court is Plaintiff Deborah Tuck and Defendants Credit One Bank, N.A., Sherman Financial Group, LLC, FNBM, LLC, LVNV Finding, LLC, and Resurgent Capital Services, LP, *erroneously sued as* Resurgent Capitol Services's Joint Motion to Dismiss, (ECF No. 35). These parties have stipulated to dismiss this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** these Defendants from this action. As stipulated, each party shall bear its own costs and attorney's fees.

    **IT IS SO ORDERED.**

Dated: November 27, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge